IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JEFFREY BRIAN HUNTER,<br><br>Defendant. | MJ 19-63-M-KLD<br><br>ORDER |

Upon motion by the United States, and good cause appearing,

IT IS HEREBY ORDERED that the complaint presently pending in this matter is dismissed without prejudice and the corresponding arrest warrant is quashed.

DATED this 16th day of October, 2019.

_____
Kathleen L. DeSoto
United States Magistrate Judge